| | |
|---|---|
| 1 | **RIMAC MARTIN, P.C.**<br>Anna M. Martin – CSBN 154279 |
| 2 | amartin@rimacmartin.com<br>1051 Divisadero Street |
| 3 | San Francisco, CA 94115<br>Telephone: (415) 561-8440 |
| 4 | Facsimile: (415) 561-8430 |
| 5 | |
| 6 | Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF NORTH AMERICA |
| 7 | John Doe |
| 8 | Pro Se<br>Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 3:14 cv-3054 JST |
| | ) | |
| Plaintiff, | ) | ~~STIPULATION TO CONTINUE THE~~ |
| | ) | ~~CASE MANAGEMENT CONFERENCE~~ |
| v. | ) | ~~FROM OCTOBER 8, 2014 TO~~ |
| | ) | ~~OCTOBER 22, 2014~~ AND ORDER |
| LIFE INSURANCE COMPANY OF | ) | ~~THEREON~~ |
| NORTH AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto that the Joint Case Management Conference scheduled for October 8, 2014 be continued for a period of two weeks to October 22, 2014. Good cause exists for this request as the parties participated in mediation on September 17, 2014. The parties require additional time to pursue a possible resolution of this matter.

1

STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM
OCTOBER 8, 2014 TO OCTOBER 22, 2014 AND ORDER THEREON
Case No. 3:14 cv-3054 JST

1  It is so stipulated:

                                        **RIMAC MARTIN, P.C.**

6  DATED: September 19, 2014      By:    /s/ Anna M. Martin
                                         ANNA M. MARTIN
                                         Attorneys for Defendant
                                         LIFE INSURANCE COMPANY OF
                                         NORTH AMERICA

10 DATED: September 19, 2014      By:    John Doe, Pro Se
                                         Plaintiff

                                    2
STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM
OCTOBER 8, 2014 TO OCTOBER 22, 2014 AND ORDER THEREON
Case No. 3:14 cv-3054 JST

# ORDER

That parties having stipulated thereto and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference be continued to October 22, 2014 at ~~2:00 p.m.~~ 9:30 a.m. JST

DATED: 9/23/14

THE HONORABLE JON S. TIGAR
JUDGE, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

3

STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE FROM OCTOBER 8, 2014 TO OCTOBER 22, 2014 AND ORDER THEREON
Case No. 3:14 cv-3054 JST