UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendant. | Case No.  14-cv-03054-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 34 |

The parties stated on the record on October 8, 2014, that they have settled this action. See ECF No. 34.  Accordingly, all deadlines and hearings in this case, including the Initial Case Management Conference currently scheduled for October 22, 2014, are VACATED.  By November 24, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

The Court also hereby SETS a case management conference on January 21, 2015 at 2:00pm, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: October 9, 2014

_____
JON S. TIGAR
United States District Judge