UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

Case No. 14-cv-03054-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 36

The parties have filed a stipulation of dismissal dated November 11, 2014. ECF No. 36. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: November 12, 2014

_____
JON S. TIGAR
United States District Judge